**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MICHAEL LEE,                              )
                                         )
                    Plaintiff,            )
                                         )
          v.                              )          Civil Action No. 16-2106 (KBJ)
                                         )
MANPOWER US INC., *et al.*,               )
                                         )
                    Defendants.           )


## MEMORANDUM OPINION

This matter is before the Court on Defendants' Motion to Dismiss Plaintiff's Complaint [ECF No. 5]. Defendants filed their motion on October 28, 2016, and on October 31, 2016, the Court issued an Order [ECF No. 6] that advised Plaintiff of his obligations under the Federal Rules of Civil Procedure and the local civil rules of this Court. (*See Neal v. Kelly*, 963 F.2d 453, 456 (D.C. Cir. 1992); *Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988).) Specifically, the Court notified Plaintiff that, if he failed to file an opposition or other response to Defendants' motion by November 28, 2016, the Court would treat their motion as conceded.

To date, Plaintiff has not filed an opposition to the motion, or requested more time to file an opposition, or advised the Court of any change of address. Therefore, this Court will **GRANT** Defendants' motion as conceded, and will dismiss this action. An Order is issued separately.


DATE:  December 13, 2016                  KETANJI BROWN JACKSON
                                         United States District Judge